The telephone slips showing said local calls were introduced in evidence and they corroborate the testimony of Manager Click.

A re-examination of the record in the light of appellant's contention does not show error. McCormick and Ray, Secs. 1253, n. 23 and 1261.

The motion for rehearing is overruled.

Opinion approved by the Court.

**John LOPEZ, Appellant,**

v.

**STATE of Texas, Appellee.**

No. 31749.

Court of Criminal Appeals of Texas.

March 23, 1960.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Carl E. F. Dally, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is murder; the punishment, 20 years.

No statement of facts or brief for appellant accompanies the record.

One formal bill of exception recites that appellant challenged a prospective juror because he had served as a juror in the same court on the preceding day. Such a bill does not reflect error. Hunter v. State, 30 Tex.App. 314, 17 S.W. 414, and Benton v. State, 52 Tex.Cr.R. 360, 107 S.W. 838.

Finding no reversible error, the judgment of the trial court is affirmed.